CHRISTINA BRONNER, *ET AL.*, PLAINTIFFS-PETITIONERS, v. SHOP-RITE OF TRENTON, DEFENDANT-RESPONDENT.

*Mr. Edward B. Meredith* for the petitioners.

*Messrs. Harkavy & Lieb* for the respondent.

May 24, 1965. Denied.

HELEN A. JURMAN, PLAINTIFF-PETITIONER, v. SAMUEL BRAEN, INC., *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 87 *N. J. Super.* 301.

*Mr. John P. Holly* for the petitioner.

*Mr. George D. McLaughlin, Messrs. Gassert & Murphy* and *Mr. Joseph A. Clarken, Jr.* for the respondents.

May 24, 1965. Granted.